# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSE ATILANO, individually and on behalf of themselves and similarly situated Employees, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A SAFE HAVEN LLC and A SAFE HAVEN FOUNDATION, )<br>)<br>)<br>Defendants. ) | Case No. 1:17-cv-00758<br><br>Judge John J. Tharp Jr.<br><br>Magistrate Judge Young B. Kim |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
## FOR LEAVE TO FILE AMENDED COMPLAINT

Defendants, A Safe Haven LLC and A Safe Haven Foundation, do not object to the filing of the proposed Second Amended Complaint; provided, however, that Defendants' lack of opposition and the Court's grant of Plaintiffs' motion does not waive or in any way prejudice any defense or argument that Defendants may have with respect to the claims asserted in the Second Amended Complaint, including, without limitation, the appropriateness of collective/class treatment of any claims in this lawsuit.

Dated: March 16, 2020

                                                Respectfully submitted,

                                                /s/ William J. Wortel
                                                One of the Attorneys for Defendants

William J. Wortel
Patrick M. DePoy
Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (telephone)
(312) 602-5050 (facsimile)
bill.wortel@bclplaw.com
patrick.depoy@bclplaw.com

## CERTIFICATE OF SERVICE

I, William J. Wortel, an attorney, certify that I caused a copy of the foregoing *Defendants' Response to Plaintiffs' Motion for Leave to File Amended Complaint* to be served upon the following individuals via the Court's electronic filing system, on this March 16, 2020:

> Robin Potter
> M. Nieves Bolaños
> Patrick Cowlin
> Potter Bolaños LLC
> 111 East Wacker Drive, Suite 2600
> Chicago, Illinois 60601
> (312) 861-1800
> robin@potterlaw.org
> nieves@potterlaw.org
> patrick@potterlaw.org

    /s/ William J. Wortel
    William J. Wortel

601774688.1